ORIGINAL

FILED
11/28/2023
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 23-0685

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0685

STATE OF MONTANA,

Petitioner,

v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, MISSOULA COUNTY, HON. ROBERT
L. DESCHAMPS, III, PRESIDING,

Respondent.

O R D E R

FILED

NOV 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner State of Montana seeks a writ of supervisory control over the Fourth Judicial District Court, Missoula County, in Cause No. DC-22-711, which is a criminal proceeding against Defendant Jonathan Partain. We have amended the caption to reflect the proper parties in this original proceeding. M. R. App. P. 14. The State alleges that, after accepting Partain's plea of guilty to a felony offense pursuant to a plea agreement, the District Court changed its mind at sentencing and sua sponte found Partain guilty of a lesser, misdemeanor charge. The court orally imposed sentence but has not yet entered judgment. The State requests that the District Court matter be stayed pending resolution of this petition.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Fourth Judicial District Court and Jonathan Partain, or both, are each granted 20 days from the date of this Order, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that further proceedings in the underlying case, including entry of written judgment, are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, to all counsel of record in the Fourth Judicial District Court, Missoula County, Cause No. DC-22-711, and to the Honorable Robert L. Deschamps, III, presiding.

DATED this 28 day of November, 2023.

_____

_____

_____

_____

Justices
